UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Kathryn A. Smith,<br><br>      Plaintiff,<br><br>vs.<br><br>Macon Electric Cooperative, et al.,<br><br>      Defendants. | Case No. 4:16-cv-1349 UNA |

## ORDER

The above styled and numbered case was filed on August 19, 2016 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Carol E. Jackson, United States District Judge, under cause number 2:16-cv-00057.

**IT IS FURTHER ORDERED** that cause number 4:16-cv-1349 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: August 22, 2016          By: /s/ Michele Crayton
                                                  Court Services Manager

**In all future documents filed with the Court, please use the following case number: 2:16cv00057 CEJ.**